**Robert E. Franz, Jr.     OSB #730915**
E-Mail:  rfranz@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR  97477
Telephone:  (541) 741-8220
  Of Attorneys for Defendants City of Springfield,
  Julio Garcia-Cash, Bronson Durrant, Michael Massey,
  and William Harbert

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **Jubal Chaplin**, and **Caleb Daniel Beechem**, <br><br>          Plaintiffs, <br><br>     vs. <br><br> **City of Springfield** (Both Plaintiffs); **Officer Ryan Stone** (385), (Both Plaintiffs); **Officer Julio Garcia-Cash** (397), (for Chaplin); **Officer Bronson Durrant** (382); **Sgt. M. Massey** (338), **Officer W. Harbert** (377), (for Beechem), <br><br>          Defendants. | Case No.  6:20-cv-00175-MC <br><br> Stipulated Judgment of Dismissal as to Plaintiffs Jubal Chaplin, and Caleb Daniel Beechem and All Defendants |

Page 1 -  Stipulated Judgment of Dismissal

BASED UPON THE STIPULATION OF THE PARTIES HERETO, as indicated below, by and through their attorneys of record, that the Plaintiffs' Complaint against Defendants City of Springfield, Officer Ryan Stone, Officer Julio Garcia-Cash, Officer Bronson Durrant, Sgt. M. Massey, and Officer W. Harbert, be dismissed with prejudice, and without costs, disbursements, or attorney fees to any of the parties;

IT IS NOW THEREFORE ADJUDGED that judgment be rendered, and judgment is hereby rendered dismissing Plaintiffs' Complaint against Defendants City of Springfield, Officer Ryan Stone, Officer Julio Garcia-Cash, Officer Bronson Durrant, Sgt. M. Massey, and Officer W. Harbert, with prejudice, and without costs, disbursements, or attorney fees to any of the parties.

Dated this 8th day of February 2021.

_____
The Honorable Michael McShane
United States District Court Judge

IT IS SO STIPULATED:

s/s Brian L. Michaels
Brian L. Michaels
OSB #925607
259 E. Fifth Avenue, Suite 300-D
Eugene, OR  97401
  **Of Attorneys for Plaintiffs**


_____
Marianne G. Dugan
OSB #932563
1430 Willamette Street, #359
Eugene, OR  97401
  **Of Attorneys for Plaintiffs**

Page 2 -  Stipulated Judgment of Dismissal

s/s Andrea D. Coit
Andrea D. Coit
OSB #002640
HUTCHINSON COX
P.O. Box 10886
Eugene, OR 97440
  **Of Attorneys for Defendant**
  **Officer Ryan Stone**


/s/ Robert E. Franz, Jr.
LAW OFFICE OF ROBERT E. FRANZ, JR.
**Robert E. Franz, Jr.**
OSB #730915
(541) 741-8220
**Of Attorneys for Defendants**
**City of Springfield, Julio Garcia-Cash,**
**Bronson Durrant, Michael Massey,**
**and William Harbert**

Page 3 -  Stipulated Judgment of Dismissal